MICHAEL HOFFMAN, Bar No. 162496
CONOR D. MACK, Bar No. 253878
ARENA HOFFMAN LLP
44 Montgomery Street, Suite 3520
San Francisco, CA  94104-4828
Telephone:    415.433.1414
Facsimile:     415.520.0446
Email:           mhoffman@arenahoffman.com

Attorneys for Defendants
AUTOZONERS, LLC and ALLDATA, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LADY CHRISTIAN HAVENS,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>AUTOZONERS, LLC; ALLDATA, LLC; and DOES 1 through 50, inclusive,<br><br>　　　　　　　Defendants. | Case No. 2:16-cv-02503-KJM-GGH<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT BY NOT MORE THAN 30 DAYS; AND [PROPOSED] ORDER THEREON (L.R. 8-3)**<br><br>2nd Am. Compl. served:  June 27, 2017<br>Responsive pleading due: July 11, 2017<br>New response deadline: July 14, 2017 |

IT IS HEREBY STIPULATED, by and between all parties to the action, to the following:

　　Defendants' responsive pleading to the operative Second Amended Complaint is currently due on July 11, 2017.

　　Pursuant to the Court's Standing Order, defense counsel and Plaintiff's counsel met and conferred regarding Defendants' anticipated motion to dismiss the fifth cause of action for defamation in the Second Amended Complaint.  In addition to exchanging correspondence, Plaintiff's counsel and defense counsel conferred by phone regarding a potential motion on July 10. Plaintiff and Defendants seek a few more days to deliberate on the remaining issues to be presented in the motion and possibly resolve the dispute.

ARENA HOFFMAN LLP
44 Montgomery Street
Suite 3520
San Francisco, CA  94104-4828
415.433.1414

STIPULATION RE RESP. TO COMPLAINT                                                    Case No. 2:16-cv-02503-KJM-GGH

Accordingly, pursuant to Local Rule 144(a), Plaintiff and Defendants stipulate to extend the time for Defendants to respond to the Second Amended Complaint until July 14, 2017. Good cause exists to extend the time for Defendants to respond to the Second Amended Complaint so that the parties may try to avoid a motion to dismiss, or narrow the issues raised in a motion to dismiss.

Dated: July 11, 2017

   /s/ Erik M. Roper
Erik M. Roper
Law Office of Erik M. Roper
Counsel for Plaintiff
LADY CHRISTIAN HAVENS

Dated: July 11, 2017

   /s/ Michael Hoffman
Michael Hoffman
Arena Hoffman LLP
Counsel for Defendants
AUTOZONERS, LLC and ALLDATA, LLC

**ORDER**

Pursuant to stipulation and good cause appearing, the deadline for Defendants to file a responsive pleading to the Second Amended Complaint shall be extended to July 14, 2017.

IT IS SO ORDERED.

DATED: July 14, 2017.

_____
UNITED STATES DISTRICT JUDGE

ARENA HOFFMAN LLP
44 Montgomery Street
Suite 3520
San Francisco, CA 94104
415.433.1414

STIPULATION RE RESP. TO COMPLAINT    2.    Case No. 2:16-cv-02503-KJM-GGH